**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

ELECTRONICALLY FILED
Feb 12 2024
U.S. DISTRICT COURT
Northern District of WV

**BRENT CLARK,**

        **Plaintiff,**

   **v.**

**VIBEKE DANKWA and**
**PATRICIA CORBIN,**

        **Defendants.**

       **Civil Action No. 1:24-cv-17 (Kleeh & Aloi)**
**(Removal of Case No. 23-C-343 from the**
**Circuit Court of Monongalia County,**
**West Virginia)**

**NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that Defendants, by special, limited appearance[1], without waiving defenses, including service of process, hereby remove Civil Action No. 23-C-343 from the Circuit Court of Monongalia County, West Virginia, the circuit court in which the civil action was initiated, to the United States District Court for the Northern District of West Virginia.

In support of this Notice of Removal, the Defendants state as follows:

1.      Plaintiff, Brent Clark, is a resident of Allegheny County, Pennsylvania. At the time of the events giving rise to the underlying *pro se* state court complaint, Plaintiff was a Federal Bureau of Prisons ("BOP") inmate designated to the Federal Correctional Institution ("FCI") Morgantown in Morgantown, Monongalia County, West Virginia.

2.      On or about November 28, 2023, Plaintiff brought the state court action against Defendants Dankwa and Corbin in the Circuit Court of Monongalia County, West Virginia. Defendant Dankwa was served with the attached Summons and Complaint on January 29, 2024.

---

[1] The undersigned counsel appears specially for the limited and exclusive purpose of removing this case from state court to federal court before the expiration of any purported answer or removal deadline.

1

3.      A copy of the state court docket sheet is attached hereto as Exhibit 1. Copies of all process, including the summons and complaint, served upon Defendant Dankwa are attached hereto as Exhibit 2.

4.      At all times relevant hereto, the underlying state court complaint was brought against these Defendants, employees or officers of the United States and the Federal Bureau of Prisons, acting in official and/or individual capacity, for or relating to acts under color of such office. Specifically, Plaintiff alleges that, in or about December 2018, the Defendants engaged in tortious conduct and violated his purported Eighth Amendment right to be free from cruel and unusual punishment while he was in the BOP custody and designated to FCI Morgantown.

5.      Pursuant to 28 U. S. C. § 1442(a)(1), a civil action that is commenced in a state court and that is against or directed to the United States or any agency thereof or any officer (or any person acting under that officer) of the United States or of any agency thereof, in an official or individual capacity, for or relating to any act under color of such office may be removed to the district court of the United States for the district and division embracing the place wherein it is pending.

6.      Notice of the removal of the underlying state court civil action is being filed contemporaneously with the Clerk of the Circuit Court of Monongalia County, West Virginia.

        WHEREFORE, the entirety of the underlying state court action is hereby removed to this Court pursuant to 28 U. S. C. § 1442(a)(1).

                                        WILLIAM IHLENFELD
                                        UNITED STATES ATTORNEY

                            By:     */s/ Maximillian F. Nogay*
                                    Maximillian F. Nogay (WVSB # 13445)
                                    Jordan V. Palmer (WVSB #12899)
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    1125 Chapline Street, Suite 3000
                                    P.O. Box 591

2

Wheeling, WV 26003
(304) 234-0100 office
(304) 234-0110 facsimile
Max.Nogay@usdoj.gov
Jordan.Palmer@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on the 12th day of February 2024, a true and accurate copy of

the foregoing NOTICE OF REMOVAL was furnished for delivery via U. S. Mail, postage prepaid,

to the following non-CM/ECF participants:

BRENT CLARK
946 WILLIAM PENN COURT
PITTSBURGH, PA 15221

By:     */s/  Maximillian F. Nogay*